UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WILLIAM SCOTT,

                Petitioner,

  -against-

WILLIAM PHILLIPS, Superintendent,
Greenhaven Correctional Facility,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
05-CV-0142 (CBA)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ SEP 2 1 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 19, 2007, denying petitioner's motion to stay his habeas petition so that he may exhaust his state court remedies; denying petitioner's petition on the merits; and ordering that a Certificate of Appealability will not be issued; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Court denies petitioner's motion to stay his habeas petition so that he may exhaust his state court remedies; that petitioner's petition is denied on the merits; and that a Certificate of Appealability will not be issued.

Dated: Brooklyn, New York
       September 20, 2007

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court